O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| PHILLIP DAVIS, | ) | CASE NO. CV 12-00420 RZ |
| Plaintiff, | ) ) | |
| vs. | ) ) | JUDGMENT OF REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) | |
| Defendant. | ) ) | |

In accordance with the Memorandum Opinion and Order filed concurrently herewith,

IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

DATED: October 23, 2012

RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE