**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP DAVIS,<br><br>   Plaintiff,<br><br>  vs.<br><br>MICHAEL J. ASTRUE, Commissioner of Social Security,<br><br>   Defendant. | CASE NO. CV 12-00420 RZ<br><br>JUDGMENT OF REMAND |

   In accordance with the Memorandum Opinion and Order filed concurrently herewith,

   IT IS ORDERED AND ADJUDGED that the decision of the Commissioner of Social Security is reversed and the matter is remanded to the Commissioner for further proceedings consistent with the Memorandum Opinion.

   DATED: October 23, 2012

                  _____
                    RALPH ZAREFSKY
               UNITED STATES MAGISTRATE JUDGE