1  LAW OFFICES OF BILL LATOUR
2  BILL LATOUR [CSBN: 169758]
        1420 E. Cooley Dr., Suite 100
3       Colton, California 92324
4       Telephone: (909) 796-4560
        Facsimile:  (909) 796-3402
5       E-Mail: fed.latour@yahoo.com
6
7  Attorney for Plaintiff

8            UNITED STATES DISTRICT COURT
9     CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

10 PHILLIP DAVIS,                          )    No.  CV 12-00420 RZ
11                                         )
12      Plaintiff,                         )    [PROPOSED] ORDER AWARDING
                                           )    EAJA FEES
13      v.                                 )
14                                         )
   MICHAEL J. ASTRUE,                      )
15 Commissioner Of Social Security,        )
16                                         )
        Defendant.                         )
17 _____     )

18
        Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),
19
        IT IS ORDERED that EAJA fees are awarded to Plaintiff in the amount of TWO
20
   THOUSAND NINE HUNDRED AND 00/100 ($2,900.00) subject to the terms of the
21
   stipulation.
22
        DATE:  November 16, 2012    _____
23
                                         HON. RALPH ZAREFSKY
24                                       UNITED STATES MAGISTRATE JUDGE
25
26
27
28

-1-